*Certiorari Denied.* (*See also No. 838 and Misc. No. 497, supra.*)

No. 647. UNITED STATES *v.* EAST SIDE CANAL & IRRIGATION CO. ET AL. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *Edward F. Treadwell* for respondents.

No. 705. HENJES ET AL., EXECUTORS, ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edmund F. Lamb* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, John R. Benney* and *Samuel D. Slade* for the United States.

No. 740. SIMONSEN *v.* EMMERLING, TRUSTEE;
No. 761. EMMERLING, TRUSTEE, *v.* SCHROEDER; and
No. 762. EMMERLING, TRUSTEE, *v.* SCHROEDER ET AL. C. A. 7th Cir. Certiorari denied. *Max E. Geline* for petitioner in No. 740. *Jackson M. Bruce* for petitioner in Nos. 761 and 762 and respondent in No. 740. *Ralph M. Hoyt* for respondents in Nos. 761 and 762. *Solicitor General Perlman, Roger S. Foster, David Ferber* and *W. Victor Rodin* filed a memorandum for the Securities & Exchange Commission supporting the petitioner in Nos. 761 and 762 and respondent in No. 740.

No. 743. UNITED STATES *v.* KNIGHT. C. A. 3d Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Robert T. McCracken, George G. Chandler* and *J. Julius Levy* for respondent.

No. 745. MAHANA *v.* UNITED STATES. Court of Claims. Certiorari denied. *Henry Woog* for petitioner.

*Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Elizabeth B. Davis* for the United States.

